IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON E. McMURRAY,

        Plaintiff,

  v.

MERCK & CO., INC., et al.,

        Defendants
                               /

No. C-07-1007 MMC

**ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED**

      Before the Court is defendant Merck & Co., Inc.'s Notice of Removal, filed February 16, 2007, in which defendant asserts the federal district court has diversity jurisdiction under 28 U.S.C. § 1332(a). In the complaint, plaintiff does not seek any particular amount of damages.

      A federal district court has jurisdiction over removed actions only if such court would have had original jurisdiction over the action had it originally been filed therein. See 28 U.S.C. § 1441(a). The instant action contains no federal claims. Under such circumstances, the federal district court has subject-matter jurisdiction only if the action is between citizens of different states and the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a).

      Defendant's notice of removal asserts that the amount in controversy exceeds $75,000, but fails to submit evidence to support that assertion. As a consequence, defendant has failed to establish diversity jurisdiction. See Gaus v. Miles, 980 F.2d 564, 567 (9th Cir. 1992) (holding defendant in removed action "bears the burden of actually

1  proving the facts to support jurisdiction, including the jurisdictional amount.")

2  Accordingly, defendant is hereby ORDERED TO SHOW CAUSE in writing, filed and
3  served no later than March 9, 2007, why the instant action should not be remanded for lack
4  of subject matter jurisdiction.  Plaintiff may file a reply to defendant's response to the order
5  to show cause no later than March 23, 2007.  The matter will stand submitted on that date,
6  and will be decided without a hearing, unless the Court determines, after reviewing the
7  parties' submissions, that a hearing is necessary.  See Civ. L.R. 7-1(b).

8  **IT IS SO ORDERED.**

9  Dated: February 22, 2007

10  _____
MAXINE M. CHESNEY
United States District Judge