**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY, | No. C-07-1007 MMC |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED** |
| v. | |
| MERCK & CO., INC., | |
| Defendant | |

On February 22, 2007, the Court issued an order to show cause why the instant action should not be remanded due to defendant's failure to demonstrate, in its notice of removal, that the amount in controversy exceeds the $75,000 jurisdictional minimum set forth in  28 U.S.C. § 1332(a).  On March 9, 2007, defendant filed a response to the order to show cause, which includes a stipulation, signed by plaintiff's counsel, stating that plaintiff is seeking more than $75,000 in damages from defendant.

Accordingly, the order to show cause is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 13, 2007

MAXINE M. CHESNEY
United States District Judge