IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC.,<br><br>    Defendant | No. C-07-1007 MMC<br><br>**ORDER VACATING APRIL 6, 2007 HEARING** |

    Before the Court is defendant's motion, filed February 23, 2007 and noticed for hearing April 6, 2007, to dismiss certain causes of action for failure to state a claim, to strike plaintiff's prayer for punitive damages, and for a more definite statement.  Pursuant to the Civil Local Rules of this District, opposition was due no later than March 16, 2007.  See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).  To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for April 6, 2007.

    **IT IS SO ORDERED.**

Dated: April 3, 2007

                                                          MAXINE M. CHESNEY<br>                                                         United States District Judge