SEDGWICK, DETERT, MORAN & ARNOLD LLP
WAYNE A. WOLFF (Bar No. 161351)
REBECCA M. BIERNAT (Bar No. 198635)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: 415.781.7900
Fax: 415.781.2635

SEDGWICK, DETERT, MORAN & ARNOLD LLP
RALPH A. CAMPILLO (Bar No. 70376)
KEVIN R. COSTELLO (Bar No. 199989)
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556
Telephone:   (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
MERCK & CO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JASON E. McMURRAY, | CASE NO. C-07-1007 MMC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO MUTUALLY EXCHANGE INITIAL DISCLOSURE STATEMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a) |
| v. | |
| MERCK & CO., INC., a NEW JERSEY CORPORATION, and DOES 1 through 50, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff Jason E. McMurray and defendant Merck & Co., Inc., through their attorneys of record, to continue the date for mutual exchange of their Federal Rule of Civil Procedure 26(a) Initial Disclosure Statements from May 25, 2007 to 45 days after identification of the product plaintiff alleges caused his injuries.

DATED: May 9, 2007

BRIAN Y. K CHING
Attorney for Plaintiff
JASON McMURRAY

SF/1402893v1

-1-   CASE NO. C-07-1007 MMC
STIPULATION TO CONTINUE MUTUAL EXCHANGE OF F.R.CIV.P. §26(f) INITIAL DISCLOSURE STATEMENTS

1 | DATED: May 22, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
WAYNE WOLFF
REBECCA BIERNAT
Attorneys for Defendant
MERCK & CO., INC.

IT IS SO ORDERED.

DATED: __May 23__, 2007    _____
MAXINE M. CHESNEY
United States District Court Judge

SF/1402893v1

-2-   CASE NO. C-07-1007 MMC
STIPULATION TO CONTINUE MUTUAL EXCHANGE OF F.R.CIV.P. §26(f) INITIAL DISCLOSURE STATEMENTS