IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant | No. C-07-1007 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the stipulation filed May 22, 2007, which suggests that plaintiff has not yet identified the product he alleges caused his injuries, and the June 8, 2007 deadline for plaintiff to file an amended complaint, the case management conference currently scheduled for June 1, 2007 is hereby CONTINUED to July 13, 2007 at 10:30 a.m. The parties shall file a joint case management statement no later than July 6, 2007.

**IT IS SO ORDERED.**

Dated: May 23, 2007

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge