IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY,<br><br>  Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC.,<br><br>  Defendant<br> _____/ | No. C-07-1007 MMC<br><br>**ORDER DISMISSING WITH PREJUDICE FRAUD AND NEGLIGENT MISREPRESENTATION CLAIMS; STRIKING PRAYER FOR PUNITIVE DAMAGES** |

In an order filed May 17, 2007, the Court granted in part and denied in part defendant's motion to dismiss, to strike, and for a more definite statement. In particular, the Court dismissed the fraud and negligent misrepresentation claims, with leave to amend, struck the prayer for punitive damages, with leave to amend, and otherwise denied the motion. The Court further ordered, "Any amended complaint shall be filed no later than June 8, 2007."

No amended complaint has been filed, and plaintiff has not sought an extension of time to do so.

Accordingly, the fraud and negligent misrepresentation claims are hereby DISMISSED with prejudice, and the prayer for punitive damages is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: June 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge