IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY,<br><br>   Plaintiff,<br><br>   v.<br><br>MERCK & CO., INC.,<br><br>   Defendant<br>_____ / | No. C-07-1007 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS; DIRECTING DEFENDANT TO NOTICE MOTION FOR HEARING DATE** |

   On August 17, 2007, defendant electronically filed a motion to dismiss the instant action.  Defendant has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Defendant is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document.  Defendant is hereby advised that if it fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any

1 electronically-filed document of which a chambers copy has not been timely provided to the Court.

2 Additionally, defendant has not noticed its motion for a hearing date. Pursuant to the Civil Local Rules of this District, "all motions must be . . . noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." See Civil L.R. 7-2(a). If defendant would like the Court to consider its motion, it must notice the motion for a hearing date.

**IT IS SO ORDERED.**

Dated: August 28, 2007

MAXINE M. CHESNEY
United States District Judge