IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY,<br><br>   Plaintiff,<br><br>   v.<br><br>MERCK & CO., INC.,<br><br>   Defendant.<br>_____/ | No. C-07-1007 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED; VACATING HEARING** |

Plaintiff having filed his original complaint in the above-titled action on May 17, 2006; the Court, on July 13, 2007, having ordered plaintiff to produce, by August 10, 2007, documents identifying defendant as the manufacturer of the drug alleged to have caused plaintiff's injuries; defendant having moved, on August 29, 2007, to dismiss the complaint, based on plaintiff's failure to comply with the Court's order, and plaintiff having failed to file opposition thereto, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than October 17, 2007, why the action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the Court's order and/or

//
//
//

1  failure to prosecute.[1]

2  **IT IS SO ORDERED.**

4  Dated: October 3, 2007

                                             _Maxine M. Chesney_
                                             MAXINE M. CHESNEY
                                             United States District Judge

---

[1] The October 12, 2007 hearing on defendant's motion to dismiss is hereby VACATED.

2