IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. McMURRAY, | No. C-07-1007 MMC |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|   v. | |
| MERCK & CO., INC., | |
|     Defendant. | |
| _____/ | |

By order filed October 3, 2007, the Court ordered plaintiff to show cause, no later than October 17, 2007, why the above-titled action should not be dismissed in light of: 1) plaintiff's having failed to produce documents identifying defendant as the manufacturer of the drug alleged to have caused plaintiff's injuries, and 2) plaintiff's having failed to file opposition to defendant's motion to dismiss the complaint based on plaintiff's failure to produce said documents.

To date, plaintiff has not filed a response to the Court's order to show cause, nor has plaintiff filed any other document subsequent to the Court's order.

Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 24, 2007

MAXINE M. CHESNEY
United States District Judge